UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUMIS IMPORTS, INC., | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:24-cv-5621<br>) |
| v. | )<br>) |
| INTERNATIONAL HAIR AND BEAUTY SYSTEMS LLC, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

## DEFENDANT INTERNATIONAL HAIR AND BEAUTY SYSTEMS LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant International Hair and Beauty Systems LLC, by and through its undersigned counsel, certifies as follows:

1. International Hair and Beauty Systems LLC's parent corporation is Simply Organic Holdings LLC.

2. There is no publicly held corporation owning 10% or more of International Hair and Beauty Systems LLC's stock.

Dated: October 16, 2024

**GREENBERG TRAURIG, LLP**

*/s/ Eric J. Maiers*
Eric J. Maiers (pro hac vice)
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Phone: (312) 456-1036
Fax: (312) 899-0383
Eric.maiers@gtlaw.com

Justin MacLean
One Vanderbilt Avenue, 31st Floor
New York, New York 10017
Phone: (212) 801-3137
Fax: (212) 801-6400
Justin.MacLean@gtlaw.com

*Counsels for Defendant International Hair and Beauty Systems LLC*