**GT GreenbergTraurig**

Justin A. MacLean
Tel 212.801.3137
justin.maclean@gtlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2025

January 9, 2025

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re:   ***Brumis Imports, Inc. v. International Hair and Beauty Systems LLC***,
      **No. 1:24-cv-5621 (S.D.N.Y.) – Request to Adjourn Initial Pretrial Conference**

Dear Judge Vyskocil:

      We represent Defendant International Hair and Beauty Systems LLC ("IHBS") in the above-identified action. Pursuant to Section 2.G. of Your Honor's Individual Practices, we write, with the consent of Plaintiff Brumis Imports, Inc. ("Brumis"), to request an adjournment of the Initial Pretrial Conference in this action, currently scheduled for February 5, 2025, at 3:00 p.m. (Dkt. 20), to February 10, 13, or 14, 2025, subject to the Court's availability. This is the first request for an adjournment of the Initial Pretrial Conference. There are no other deadlines or court appearances currently scheduled.

      Unfortunately, both Eric Maiers (IHBS' lead counsel) and I have a previously scheduled conflict in another matter from February 3-5, 2025, that cannot be avoided or rescheduled. We have consulted with counsel for Brumis, seeking Brumis' consent to the requested adjournment and to obtain dates of mutual availability. Brumis' counsel has indicated that it would not oppose adjourning the Initial Pretrial Conference, to February 10, 13, or 14, 2025, subject to the Court's availability. Brumis' counsel also indicated that it is not available during the week of February 17.

      Accordingly, the parties respectfully request that the Initial Pretrial Conference be adjourned to February 10, 13, or 14, 2025. If none of those dates is available to the Court, IHBS would be amenable to a date on or after February 24, 2025, subject to the parties' and the Court's availability. Brumis objects to a conference date on or after February 24 due the prejudicial nature of the delay. To avoid any perceived delay in proceeding with the litigation, we propose that the parties file the required joint letter and Proposed Case Management Plan and Scheduling Order by January 29, 2025—one week prior to the current date of the Initial Pretrial Conference, regardless of when the Initial Pretrial Conference is ultimately held.

      We thank the Court for its consideration and courtesies.

Respectfully submitted,

*/s/ Justin A. MacLean*

cc:   Counsel of Record (via ECF)

**The Initial Pretrial Conference currently scheduled for February 5, 2025, at 3:00 p.m is ADJOURNED** *sine die*. **The parties are directed to file the joint letter and Proposed Case Management Plan and Scheduling Order by January 29, 2025 as previously ordered.**

**SO ORDERED.**

Date: 1/9/2025
New York, New York

Mary Kay Vyskocil
United States District Judge